FILED

MAY 22 2026

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Dylan Fox

Defendant.

Case No. 25-cr-00450-TWR

JUDGMENT AND ORDER OF
DISMISSAL OF
INFORMATION, EXONERATE
BOND AND RELEASE OF
PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated 5/22/2026

Hon. Allison H. Goddard
United States Magistrate Judge